**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DIAZ, | ) NO. CV 08-01927 DOC (SS) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| J. WALKER, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 8, 2010

*David O. Carter*

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE